```
NICOLE ANNE BRIGGS              MIDLAND CREDIT MGMT
165 MARGARET LN                 ATTN: BANKRUPTCY
FLORENCE, MS 39073              PO BOX 939069
                                SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.          PORTFOLIO RECOVERY
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  120 CORPORATE BLVD
JACKSON, MS 39236               NORFOLK, VA 23502


APP OF ED LLC                   SHEFFIELD FINANCIAL CO
1850 CHADWICK DR                PO BOX 849
JACKSON, MS 39204               WILSON, NC 27894



CORNERSTONE                     SOUTHERN ACRES
ATTN: BANKRUPTCY DEPT           125 MARGARET LANE
120 N SEVEN OAKS DR             FLORENCE, MS 39073
KNOXVILLE, TN 37922


CREDIT MANAGEMENT               TRUSTMARK NATIONAL
661 ANDERSON DR                 ATTN: BANKRUPTCY DEPT
STE 110                         248 EAST CAPITOL ST
PITTSBURGH, PA 15220            JACKSON, MS 39201


INTERNAL REVENUE SERVI          US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY          US DEPT OF JUSTICE
P.O. BOX 7346                   950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-7346     WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI          WAKEFIELD & ASSOCIATES
C/O US ATTORNEY                 C/O COMPLIANCE TEAM
501 EAST COURT ST               KNOXVILLE, TN 37995
STE 4.430
JACKSON, MS 39201


KIMBERLY GLOSS                  WELLS FARGO BANK NA
PO BOX 772719                   ATTN: BANKRUPTCY
MEMPHIS, TN 38177               PO BOX 393
                                MINNEAPOLIS, MN 55480


MERIT HEALTH                    WOLF RIVER CAMPGROUND
P.O. BOX 281441                 23098 FREDDIE FRANK RD
ATLANTA, GA 30304               PASS CHRISTIAN, MS 39571
```