**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Nicole Anne Briggs, Debtor        Case No. 25-03231-JAW

                                                                            **CHAPTER 7**

**CERTIFICATE OF COMPLIANCE OF PROVISION OF
PAYMENT ADVICES TO CASE TRUSTEE**

       COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

       WITNESS my signature on January 2, 2026.

                                       /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr. (MSBN 103469)
                                       The Rollins Law Firm, PLLC
                                       P.O. Box 13767
                                       Jackson, MS 39236
                                       601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on January 2, 2026. All interested parties will receive electronic notification from the Court.

                                       /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr.