United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 25-03231-JAW

Nicole Anne Briggs                                          Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: 318 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Anne Briggs, 165 Margaret Ln, Florence, MS 39073-9340 |
| 5603937 | + | App of Ed LLC, 1850 Chadwick Dr, Jackson, MS 39204-3404 |
| 5603943 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5603947 | + | Southern Acres, 125 Margaret Lane, Florence, MS 39073-9340 |
| 5603952 | + | Wolf River Campground, 23098 Freddie Frank Rd, Pass Christian, MS 39571-8704 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Mar 25 2026 19:47:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5603938 | ^ | MEBN | Mar 25 2026 19:44:12 | Cornerstone, Attn: Bankruptcy Dept, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5603939 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 25 2026 19:48:00 | Credit Management, 661 Anderson Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5603941 | + | Email/Text: ebone.woods@usdoj.gov | Mar 25 2026 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5603940 | | EDI: IRS.COM | Mar 25 2026 23:42:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5603942 | ^ | MEBN | Mar 25 2026 19:45:46 | Kimberly Gloss, PO Box 772719, Memphis, TN 38177-2719 |
| 5603944 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2026 19:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5603945 | | EDI: PRA.COM | Mar 25 2026 23:42:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5603946 | + | Email/Text: bankruptcy@bbandt.com | Mar 25 2026 19:48:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 5603948 | | Email/Text: bankruptcynotices@trustmark.com | Mar 25 2026 19:47:00 | Trustmark National, Attn: Bankruptcy Dept, 248 East Capitol St, Jackson, MS 39201 |
| 5603949 | ^ | MEBN | Mar 25 2026 19:44:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5603950 | ^ | MEBN | Mar 25 2026 19:44:26 | Wakefield & Associates, C/o Compliance Team, Knoxville, TN 37995-0001 |
| 5603951 | + | EDI: WFFC2 | Mar 25 2026 23:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 13

District/off: 0538-3         User: mssbad        Page 2 of 2

Date Rcvd: Mar 25, 2026        Form ID: 318        Total Noticed: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Gregg Mayer | on behalf of Defendant US Department of Education gregg.mayer@usdoj.gov rj.mcinnis@usdoj.gov,lacee.t.davis@usdoj.gov,laquinta.hall@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Nicole Anne Briggs trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nicole Anne Briggs trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Nicole Anne Briggs** | Social Security number or ITIN   **xxx−xx−1391** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25−03231−JAW**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Nicole Anne Briggs**
aka Nicole Briggs

Dated: 3/25/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**